**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq.  SBN 189751
msaltz@jrsnd.com
Colby A. Petersen, Esq. SBN 274387
cpetersen@jrsnd.com
10866 Wilshire Boulevard, Suite 1550
Los Angeles, CA  90024
Telephone:  (310) 446-9900  Facsimile: (310) 446-9909

Attorneys for Defendant ON-SITE MANAGER, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMOYA BREWSTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.,<br><br>Defendant. | Case No.: 2:15-CV-00568-JAM-KJN<br><br>**DECLARATION OF MICHAEL J. SALTZ IN SUPPORT OF DEFENDANT ON-SITE MANAGER INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES**<br><br>Complaint filed:  March 13, 2015<br>Trial Date:          April 10, 2017 |

## DECLARATION OF MICHAEL J. SALTZ

I, Michael J. Saltz, do declare:

    1.    I am an attorney at law duly licensed to practice before all courts of the State of California, and if called upon to testify, I could and would competently do so of my personal knowledge thereof.  I am a partner in the law firm of Jacobson, Russell, Saltz, Nassim & de la Torre, LLP the attorneys of record for Defendant On-Site Manager, Inc. ("Defendant", "On-Site").

    2.    Following Plaintiff's August 25, 2015 email, Defendant served its initial disclosures on Plaintiff's Counsel on September 1, 2015 by U.S. mail at her stated

address of 770 L Street, Suite 950, Sacramento, California 95814. Attached hereto as **Exhibit "1"** is a true and correct copy of said disclosures, with proof of service.

    I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

    Executed at Los Angeles, California, on October 15, 2015.

Dated: October 15, 2015      **Jacobson, Russell, Saltz,**
                                              **Nassim & de la Torre, LLP**

                                              /s Michael J. Saltz
                                              Michael J. Saltz, Esq.,
                                              Attorneys for Defendant On-Site Manager, Inc.

**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
10866 Wilshire Boulevard, Suite 1550
Los Angeles, California 90024
Tel. 310.446.9900 • Fax 310.446.9909

Case No.:  2:15-CV-00568-JAM-KJN
File No.:  5.385.006
2
DECLARATION OF MICHAEL J. SALTZ RE DEFENDANT'S OPPOSITION TO MOTION TO COMPEL

**EXHIBIT "1"**

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Colby A. Petersen, Esq. SBN 274387
cpetersen@jrsnd.com
10866 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90024
Telephone: (310) 446-9900  Facsimile: (310) 446-9909

Attorneys for Defendant ON-SITE MANAGER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TAMOYA BREWSTER, an individual, | Case No.: 2:15-CV-00568-JAM-KJN |
|---|---|
| Plaintiff, | **DEFENDANT'S INITIAL DISCLOSURES** |
| vs. | Complaint filed: March 13, 2015<br>Trial Date: N/A |
| ON-SITE MANAGER, INC., | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1), Defendant On-Site Manager, Inc., (hereinafter referred to as "Defendant"), hereby submits the following initial disclosures based upon information currently available to it. Defendant reserves the right to further correct, add, remove and/or otherwise supplement this disclosure pursuant to Rule 26(e).

**1.   KNOWLEDGEABLE PERSONS**

    a. Person Most Knowledgeable for Defendant On-Site Manager, Inc.

        i. c/o Michael J. Saltz, Jacobson, Russell, Saltz, Nassim & de la Torre, LLP, 10866 Wilshire Blvd., Suite 1550, Los Angeles, CA 90049

b. Plaintiff Tamoya Brewster;

c. Person Most Knowledgeable at Zinfandel Ranch, 10833 Folsom Blvd., Rancho Cordova, CA 95670, Tel: (916) 638-1644, Fax: (916) 649-7511;

d. Person Most Knowledgeable at Greystar Management Services LP, 1430 Blue Oaks Blvd., Suite 210, Sacramento, CA 95747, Tel: (530) 601-4066;

e. Person Most Knowledgeable at Camelot North Apartments, 1221 E St, Sacramento, California 95814.

2. **DOCUMENTS**

a. Tenant Screening Report on Tamoya Brewster dated January 2, 2015 for Zinfandel Ranch Apartments;

b. All Case Files in the case of *Greystar Management Services LP vs. Tamoya Brewster*, Case No. 11UD11945, Superior Court of Sacramento;

c. All Case Files in the case of *Camelot North Apartments vs. Brewester, Tamoya*, Case No. 11UD03021;

d. All documents relating to Plaintiff Tamoya Brewster's tenancy at Zinfandel Ranch, 10833 Folsom Blvd., Rancho Cordova, CA 95670.

3. **DAMAGES**

a. Defendant seeks its costs in defending this action.

4. **INSURANCE**

a. Defendant has insurance through Ace Group Claims, 10 Exchange Place, 9th fl, Jersey City, New Jersey 07302.

Dated: September 1, 2015

**Jacobson, Russell, Saltz, Nassim & de la Torre, LLP**

Michael J. Saltz, Esq.,
Attorneys for Defendant On-Site Manager, Inc.

Case No.: 2:15-CV-00568-JAM-KJN
File No.: 5.385.006

2

DEFENDANT'S INITIAL DISCLOSURES

## PROOF OF SERVICE

My business address is 10866 Wilshire Boulevard, Suite 1550, Los Angeles, California 90024. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 and am not a party to the within action. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I enclosed a(n) ☒ true copy ☐ original of the following document(s) described as:

### DEFENDANT'S INITIAL DISCLOSURES

☐ (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, on this date before 5 p.m.;

☒ (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California addressed as set forth below;

☐ (VIA OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed as set forth below;

☐ (VIA PERSONAL SERVICE) I caused such envelope(s) to be delivered to a personal courier service to be hand delivered to the addressee below.

Linda Deos
Deos Law, PC
770 L Street, Ste 950
Sacramento, CA 95814

Attorneys for Plaintiff

Executed on September 1, 2015 at Los Angeles, California.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_/s/ Michael Saltz_
Michael Saltz

Case No.: 2:15-CV-00568-JAM-KJN
File No.: 5.385.006

3

DEFENDANT'S INITIAL DISCLOSURES