Linda Deos, (SBN: 179170)
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMOYA BREWSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.,<br><br>    Defendant. | Case No: 2:15-cv-00568-JAM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ON-SITE MANAGER, INC. ONLY WITH PREJUDICE** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff Tamoya Brewster ("Plaintiff") and Defendant On-Site Manager, Inc. that all claims for relief in the above-captioned action, as they pertain to On-Site Manager, Inc. be dismissed with prejudice. Plaintiff and On-Site Manager, Inc. shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

Respectfully submitted, this the 6th day of February 2017.

              DEOS LAW, PC

              By: /s/ *Linda Deos*
              LINDA DEOS
              Attorney for Plaintiff, Tamoya Brewster

1  
2     JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
3  
      By: */s/ Michael J. Saltz*
      MICHAEL J. SALTZ
4     Attorney for Defendant,
      ON-SITE MANAGER, INC.
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Case 2:15-cv-00568-JAM-KJN   Document 16   Filed 02/06/17   Page 2 of 4

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Tamoya Brewster, individually, and on behalf of the general public, against Defendant On-Site Manager, Inc. are dismissed, with prejudice. Plaintiff Tamoya Brewster, individually, and on behalf of the general public, and Defendant On-Site Manager, Inc. shall each bear their own costs and attorneys' fees.

Date: _____    _____
                                  John A. Mendez
                                  United States District Court Judge

## CERTIFICATE OF SERVICE

I, Michele Blount, certify that on February 6, 2017, the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ON-SITE MANAGER, INC. ONLY WITH PREJUDICE** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addressees of parties of record in the case.

                                                 _s/ Michele Blount_
                                                 Michele Blount
                                                 Deos Law, PC